MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7205
    Fax: (415) 436-7234
    E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0005 RS |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| THOMASHA MAYFIELD, | Date: February 6, 2013<br>Time: 9:30 a.m.<br>Court: Hon. Maria-Elena James |
| Defendant. | |

The parties appeared before the Honorable Maria-Elena James on February 6, 2013 for identification of counsel. Attorney Patrick Swillinger appeared as retained counsel for Defendant Thomasha Mayfield. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from February 6, 2013 to February 19, 2013. The parties agreed, and the Court found and held, as follows:

    1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to review the discovery, investigate this matter, and confer with the defendant, taking into account the exercise of due diligence. As Mr. Swillinger is newly-retained counsel for Ms. Mayfield, an exclusion of time for continuity of counsel is also

appropriate.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 6, 2013 to February 19, 2013 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively and for continuity of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of Defendant Thomasha Mayfield, the period from February 6, 2013 to February 19, 2013 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: February 6, 2013

_____
HONORABLE MARIA-ELENA JAMES
United States District Magistrate Judge

Approved As To Form:

    /s/                                               /s/
CHINHAYI COLEMAN CADET          PATRICK SWILLINGER
Assistant United States Attorney        Counsel for Thomasha Mayfield
Counsel for United States