# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**THOMASHA MAYFIELD,**<br><br>Defendant. | Case No. CR 13-05 RS<br><br>[~~PROPOSED~~] ORDER RELIEVING COUNSEL |

### [~~PROPOSED~~] ORDER

Counsel for Thomasha Mayfield in the above action, Patrick A. Swillinger, is hereby relieved as counsel for the defendant pursuant to the Motion to Withdraw filed in this Court on March 7, 2013.

IT IS SO ORDERED.

DATED: March 28, 2013

_____
LAUREL BEELER
HONORABLE ~~RICHARD SEEBORG~~
United States District Judge
Magistrate